**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**CHRISTOPHER PARKS** **PLAINTIFF**
**#269403**

**VS.** **CASE NO. 4:26-cv-00824-JM**

**KRISTINE G. BAKER, Chief Judge,**
**U.S. District Court, *et al.*** **DEFENDANTS**

**JUDGMENT**

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is hereby DISMISSED without prejudice.

IT IS SO ADJUDGED this 19th day of October, 2026.

UNITED STATES DISTRICT JUDGE